# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DIANE THERESA MARCINKEVICH,** :

    **Plaintiff**      :      **CIVIL ACTION NO. 3:16-0669**

    **v.**      :      **(MANNION, D.J.)**
                                                    **(ARBUCKLE, M.J.)**

**NANCY A. BERRYHILL,**      :

    **Defendant**      :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Arbuckle, **(Doc. 16)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commission denying her claims for DIB and SSI benefits, **(Doc. 1)**, is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

                                                s/ *Malachy E. Mannion*
                                                **MALACHY E. MANNION**
                                                **United States District Judge**

**Date: August 6, 2018**